**Katherine S. Agbayani, Esq. (SBN 213812)**
*ksagbayani@ww.law*
**WOLFE & WYMAN LLP**
**2212 Dupont Drive**
**Irvine, California 92612-1525**
**Telephone:  (949) 475-9200**
**Facsimile:  (949) 475-9203**

**Attorneys for Defendants**
**CARRINGTON MORTGAGE SERVICES, LLC and CITBANK, N.A. AS**
**TRUSTEE FOR BARCLAYS MORTGAGE LOAN TRUST 2024-NQM2,**
**erroneously sued as BARCLAYS MORTGAGE LOAN TRUST 2024-NQM2**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHINA SERVIN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CARRINGTON MORTGAGE SERVICES, LLC; BARCLAYS MORTGAGE LOAN TRUST 2024-NQM2 and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:26-cv-01280-JDP <br><br> [PROPOSED] ORDGER ON STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT <br><br> **[Local Rule 144(a)]** <br><br> Complaint Removed on:  April 1, 2026 <br> New response date:  April 30, 2026 <br><br> Action Filed:       February 24, 2026 |

///

///

///

///

///

///

1

5806981.1

Pursuant to the Stipulation between Plaintiff RHINA SERVIN ("Plaintiff") and Defendants CARRINGTON MORTGAGE SERVICES, LLC and CITBANK, N.A. AS TRUSTEE FOR BARCLAYS MORTGAGE LOAN TRUST 2024-NQM2, erroneously sued as BARCLAYS MORTGAGE LOAN TRUST 2024-NQM2 (collectively, "Defendants"),

IT IS HEREBY ORDERED that the time for Defendants to respond to Plaintiff's Complaint shall be and hereby is extended up to April 30, 2026.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:    April 8, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2

**[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT**

5806981.1