**Katherine S. Agbayani, Esq. (SBN 213812)**
*ksagbayani@ww.law*
**WOLFE & WYMAN LLP**
**2212 Dupont Drive**
**Irvine, California 92612-1525**
**Telephone:  (949) 475-9200**
**Facsimile:  (949) 475-9203**

**Attorneys for Defendants**
**CARRINGTON MORTGAGE SERVICES, LLC and CITBANK, N.A. AS**
**TRUSTEE FOR BARCLAYS MORTGAGE LOAN TRUST 2024-NQM2,**
**erroneously sued as BARCLAYS MORTGAGE LOAN TRUST 2024-NQM2**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHINA SERVIN, an individual,<br><br>       Plaintiffs,<br><br>  v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC; BARCLAYS MORTGAGE LOAN TRUST 2024-NQM2 and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No.: 2:26-cv-01280-JDP<br><br>~~[PROPOSED]~~ **ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT**<br><br>**[Local Rule 144(a)]**<br><br>Complaint Removed on:  April 1, 2026<br>New Response Date:  April 30, 2026<br>Action Filed:        May 28, 2026 |

///

///

///

///

///

///

1

5837472.1

Pursuant to the Stipulation between Plaintiff RHINA SERVIN ("Plaintiff") and Defendants CARRINGTON MORTGAGE SERVICES, LLC and CITBANK, N.A. AS TRUSTEE FOR BARCLAYS MORTGAGE LOAN TRUST 2024-NQM2, erroneously sued as BARCLAYS MORTGAGE LOAN TRUST 2024-NQM2 (collectively, "Defendants"),

IT IS HEREBY ORDERED that the time for Defendants to respond to Plaintiff's Complaint shall be and hereby is extended up to May 28, 2026.

IT IS SO ORDERED.

Dated:     May 5, 2026     _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT**