**Katherine S. Agbayani, Esq. (SBN 213812)**
*ksagbayani@ww.law*
**WOLFE & WYMAN LLP**
**2212 Dupont Drive**
**Irvine, California 92612-1525**
Telephone:  (949) 475-9200
Facsimile:  (949) 475-9203

**Attorneys for Defendants**
**CARRINGTON MORTGAGE SERVICES, LLC and CITBANK, N.A. AS TRUSTEE FOR BARCLAYS MORTGAGE LOAN TRUST 2024-NQM2, erroneously sued as BARCLAYS MORTGAGE LOAN TRUST 2024-NQM2**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHINA SERVIN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC; BARCLAYS MORTGAGE LOAN TRUST 2024-NQM2 and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-01280-JDP<br><br>[PROPOSED] ORDER GRANTING THIRD STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT<br><br>**[Local Rule 144(a)]**<br><br>Complaint Removed on:  April 1, 2026<br>New Response Date:  June 29, 2026<br>Action Filed:  February 24, 2026 |

///

///

///

///

///

///

1

5898004.1

Pursuant to the Stipulation between Plaintiff RHINA SERVIN ("Plaintiff") and Defendants CARRINGTON MORTGAGE SERVICES, LLC and CITBANK, N.A. AS TRUSTEE FOR BARCLAYS MORTGAGE LOAN TRUST 2024-NQM2, erroneously sued as BARCLAYS MORTGAGE LOAN TRUST 2024-NQM2 (collectively, "Defendants"),

IT IS HEREBY ORDERED that the time for Defendants to respond to Plaintiff's Complaint shall be and hereby is extended up to Monday, June 29, 2026. Absent extraordinary circumstances, no further extensions will be permitted.

IT IS SO ORDERED.

Dated:    June 10, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2
**[PROPOSED] ORDER GRANTING THIRD STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT**